**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1172

RONALD SATISH EMRIT,

Plaintiff - Appellant,

v.

BRITISH SECRET SERVICE; CENTRAL AUTHORITY OF ENGLAND; HAGUE CONFERENCE ON PRIVATE LITIGATION; OFFICE OF INTERNATIONAL JUDICIAL ASSISTANCE; HOUSE OF LORDS (ENGLAND); HOUSE OF COMMONS (ENGLAND); PRIME MINISTER RISHI; THE WINDSORS; BUCKINGHAM PALACE; ARCHBISHOP OF CANTERBURY; BLETCHLEY PARK,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge. (1:23-cv-00180-JRR)

Submitted: June 15, 2023                          Decided: June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil action as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Emrit's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*